UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS ARAÑA,

                Petitioner,                Nos. 03-CV-73023

vs.                                                  95-CR-80272

UNITED STATES OF AMERICA,

                Respondent.
_____/

## JUDGMENT

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     February 24, 2009

PRESENT:  Honorable Gerald E. Rosen
                       Chief Judge, United States District Court

    The Court having this date entered an Opinion and Order denying Petitioner's § 2255 Motion to Vacate, Set Aside or Correct Sentence, and being fully advised in the premises,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Petitioner Luis Araña's § 2255 Motion to Vacate, Set Aside or Correct his Sentence be, and hereby is, DENIED.  Accordingly,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Civ. No. 03-73023 be, and hereby is, DISMISSED, with prejudice.

                                s/Gerald E. Rosen
                                Chief Judge, United States District Court

Dated:  February 24, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 24, 2009, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager

2:95-cr-80272-GER   Doc # 793   Filed 02/24/09   Pg 2 of 2    Pg ID 329